**Edward E. STROUPE, Jr.,
Plaintiff—Appellant,**

v.

**RADIO SHACK; Tandy Corporation;
Transportation Insurance Company,
Defendants—Appellees.**

No. 05–1307.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 9, 2005.

Decided: June 14, 2005.

Edward E. Stroupe, Jr., Appellant pro se.

Cameron Scott Bell, Penn, Stuart & Eskridge, Abingdon, Virginia, for Appellee.

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward E. Stroupe, Jr., appeals the district court's order denying relief on his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Stroupe v. Radio Shack,* No. CA–05–13–1 (W.D.Va. Mar. 2, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*